# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL TROXEL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION 21-0057-WS-N |
| GUNITE PROS, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The parties' joint motion for entry of final judgment and dismissal with prejudice, (Doc. 126), is **granted**. Judgment shall be entered accordingly by separate order.[1] This action is **dismissed with prejudice**.

DONE and ORDERED this 12th day of January, 2023.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The proposed stipulated judgment, (Doc. 126-1), erroneously identifies the amount of attorney's fees and costs as $125,000. The judgment will reflect the correct amount of $60,000.