# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| MICHAEL TROXEL, Individually and on Behalf of Others Similarly Situated | ) ) ) ) |  |
|---|---|---|
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:21-cv-57-WS-N |
| v. | ) ) |  |
| GUNITE PROS, LLC, et al. | ) ) |  |
| Defendants. | ) |  |

## FINAL JUDGMENT

In accordance with the Order of Court entered in this case approving the Parties' settlement (Doc. 125), the Plaintiffs and Opt-In Plaintiffs shall have and recover of the Defendants the following sums:

| Name | Amount |
|---|---|
| Michael Troxel | $10,397.71[1] |
| Derek Bradshaw | $5,261.04[2] |
| Christopher Sharpe | $6,321.41[3] |
| Adam Cornett | $1,068.04[4] |
| April Lewis | $12,471.13[5] |
| James Wilkinson | $4,0515.74[6] |
| Anthony Baker | $2,088.17[7] |
| Anthony Roca | $4,748.91[8] |

---

[1] Includes $6,300.00 as awarded by the Court as a "Service Award."
[2] Includes $2,200.00 as awarded by the Court as a "Service Award."
[3] Includes $2,500.00 as awarded by the Court as a "Service Award."
[4] Includes $225.00 as awarded by the Court as a "Service Award."
[5] Includes $500.00 as awarded by the Court as a "Service Award."
[6] Includes $500.00 as awarded by the Court as a "Service Award."
[7] Includes $500.00 as awarded by the Court as a "Service Award."
[8] Includes $500.00 as awarded by the Court as a "Service Award."

| | |
|---|---|
| Andrew Beauchamp | $491.90 |
| Anthony Brown | $2,345.56 |
| Brett Dewberry | $1,125.90 |
| Caleb Griffin | $510.06 |
| Charles Foote | $816.25 |
| Demetrice Blackmon | $268.47 |
| Derrick Barnes | $411.09 |
| Derrick Watson | $1,703.83 |
| Eldridge Owens | $367.46 |
| Eric Taylor | $265.64 |
| Garland Moore | $365.78 |
| Gerald Whitworth | $872.03 |
| Gage Wetzel | $1,840.31 |
| Gregory Johnson | $1,860.22 |
| James Curran | $18,307.44 |
| James Higgins | $61.79 |
| Jarrod Paulk | $1,215.64 |
| Jason Hayes | $650.88 |
| Jason Oliver | $656.23 |
| Jason Robbins | $992.72 |
| John Moore | $4,118.05 |
| Jose Juan Magno | $155.60 |
| Joseph Salva | $454.08 |
| Kainnan Pintarelli | $2,013.43 |
| Lewis Williams | $1,399.84 |
| Michael Cooley | $12,373.51 |
| Michael Richardson | $2,657.28 |
| Nadia Jowers | $4,174.58 |
| Randy Shelton | $292.63 |
| Raymond Young | $798.29 |
| Robert McKinnon | $406.98 |
| Stephen Bryan | $727.58 |
| Steven Gray | $2,473.18 |
| Todd Berona | $6,982.09 |
| Tony Craig | $2.58 |
| Tony Hoover | $24.88 |
| Tracey Manley | $1,766.53 |
| Watson Lewing | $1.17 |
| William Early | $2,676.37 |

Plaintiffs and Opt-In Plaintiffs' counsel shall have and recover of the Defendants the sum of $60,000.00.

The Parties confirm that all sums set forth above have been paid by the Defendants and received by the Plaintiffs, Opt-In Plaintiffs, and counsel, respectively.

Judgment is hereby entered in favor of each Plaintiff and Opt-In Plaintiff listed above and against Defendants Gunite Pros, LLC, Paul Castillion, and Carla Castillion.

DONE this 12th day of January, 2023.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
